468 A.2d 855

Commonwealth v. Stago, Appellant.
Petition for Allowance of Appeal
Denied March 7, 1984.

Submitted September 23, 1983.   James Lee Goldsmith, for appellant; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and JOHNSON, JJ.

The February 25, 1982 order is vacated; the September 19, 1978 judgment of sentence is reinstated; and the case is remanded for a new PCHA hearing.